**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JASON MATTHEWS, : No. 533 EAL 2019
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
CYNTHIA BATRONEY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.